UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 5:25-cr-00007-GFVT-MAS |
| v. | ) ) | |
| BRYAN ANICASIO-MIRANDA, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 30.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id*. at 3. Neither party objected and the time to do so has now passed. Upon review, the Court is satisfied that Defendant Bryan Anicasio-Miranda knowingly and competently pled guilty to the sole Count of the Indictment and that an adequate factual basis supports the plea as to this count. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea **[R. 30]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Bryan Anicasio-Miranda is **ADJUDGED** guilty of Count 1 of the Indictment; and

3. The Defendant's Jury Trial is **CANCELLED**.

This the 2nd day of July 2025.

Gregory F. Van Tatenhove
United States District Judge